# Exhibit 4

## U.S. Patent No. 6,920,527 ("'527 Patent")

**Accused Products**

Dell/EMC products with SSDs including Silicon Motion SSD Controllers, including without limitation the Dell/EMC Vostro 15 5568 P62F ("Accused Products"), infringe at least Claim 15 of the '527 Patent.

**Claim 15**

| Claim 15 | Accused Products |
|---|---|
| [15pre]. A method, comprising: | To the extent the preamble is limiting, each Accused Product practices the claimed method. *See* limitations [15a]-[15d] below. |
| [15a] coupling a portable memory apparatus to a computer system, wherein said portable memory apparatus comprises a memory controller chip, a non-volatile memory, and a volatile memory; | Each Accused Product performs coupling a portable memory apparatus to a computer system, wherein said portable memory apparatus comprises a memory controller chip, a non-volatile memory, and a volatile memory. For example, the Dell/EMC Vostro 15 5568 P62F couples an Intel SSDSCKKF256GB SSD to a computer system. The SSD in part comprises a Silicon Motion Inc SM2259 memory controller, an Intel 29F01T2ANCTH2 3D TLC NAND Flash array, and an SK Hynix H5TC2G63GFR-PBA DDR3 SDRAM volatile memory array. *See, e.g.*: |

| Claim 15 | Accused Products |
|---|---|
| |  Source: TechInsights Deep Dive Teardown, Dell/EMC Vostro 15 5568 P62F |

| Claim 15 | Accused Products |
|---|---|
|  | <br>Source: TechInsights Deep Dive Teardown, Dell/EMC Vostro 15 5568 P62F |

| Claim 15 | Accused Products |
|---|---|
| | <br>Source: TechInsights Deep Dive Teardown, Dell/EMC Vostro 15 5568 P62F |

| Claim 15 | Accused Products |
|---|---|
| | <br>Source: TechInsights Deep Dive Teardown, Dell/EMC Vostro 15 5568 P62F |
| [15b] copying data from said non-volatile memory to said volatile memory using said memory controller chip; | Each Accused Product performs copying data from said non-volatile memory to said volatile memory using said memory controller chip.<br><br>For example, during a memory read the SM2259 memory controller copies data from the non-volatile NAND flash memory to the volatile memory (SRAM and DRAM).<br><br>*See, e.g.*:<br><br>Source: http://www.siliconmotion.com/A3.2_Overview_Detail.php?sn=1 |

5

| Claim 15 | Accused Products |
|---|---|
| [15c] accessing said data in said volatile memory using said computer system through a connector coupled to said portable memory apparatus and said memory controller chip; and | Each Accused Product performs accessing said data in said volatile memory using said computer system through a connector coupled to said portable memory apparatus and said memory controller chip.<br><br>For example, the computer system accesses the data by communicating with the SM2259 SSD controller through the M.2 connector coupled to the SSD and SSD controller.<br><br>*See, e.g.*:<br><br><br><br>Source: TechInsights Deep Dive Teardown, Dell/EMC Vostro 15 5568 P62F |

6

| Claim 15 | Accused Products |
|---|---|
| |  Source: TechInsights Deep Dive Teardown, Dell/EMC Vostro 15 5568 P62F<br><br>Source: http://www.siliconmotion.com/A3.2_Overview_Detail.php?sn=1 |
| [15d] updating said non-volatile memory with data from said volatile memory. | Each Accused Product performs updating said non-volatile memory with data from said volatile memory.<br><br>For example, the SM2259 SSD updates the NAND flash array using the contents of the volatile DRAM and SRAM memories.<br><br>*See, e.g.*: |

7

| Claim 15 | Accused Products |
|---|---|
|  |  Source: http://www.siliconmotion.com/A3.2_Overview_Detail.php?sn=1 |