**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONRAI MEMORY LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC., <br><br><br> Defendant. | Civil Action No. 6:21-cv-00361-ADA |

**DEFENDANT DELL TECHNLOGIES INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Dell Technologies Inc. ("Dell") files this unopposed motion for extension of time to answer or otherwise respond to Plaintiff Sonrai Memory Limited's ("Plaintiff") Complaint (ECF No. 1).

Plaintiff filed its Complaint on April 12, 2021 (ECF No. 1).  Dell's deadline to respond was set for May 12, 2021 (ECF No. 8). The undersigned counsel for Dell conferred with Plaintiff's counsel on May 5, 2021, and Plaintiff's counsel confirmed that they do not oppose the requested thirty-day extension.

Dell therefore respectfully requests an extension of time up to and including June 11, 2021, to answer or otherwise respond to the Complaint. No prior extension of time has been requested. Accordingly, Dell respectfully requests that the Court issue the attached proposed order extending Dell's time to answer or otherwise respond to Plaintiff's Complaint to June 11, 2021.

Dated: May 5, 2021                          Respectfully submitted,

By: */s/ Michael J. Newton*
Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3423
        (214) 922-3443
Fax:    (214) 922-3899
mike.newton@alston.com
brady.cox@alston.com

*Attorneys for Defendant Dell Technologies Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 5, 2021.

*/s/ Michael J. Newton*
Michael J. Newton