**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

SONRAI MEMORY LIMITED,

          Plaintiff,

          v.

DELL TECHNOLOGIES, INC.,

          Defendant.

Case No.  6:21-cv-00361-ADA

**JURY TRIAL DEMANDED**

## CASE READINESS STATUS REPORT

Plaintiff Sonrai Memory Limited and Defendant Dell Technologies, Inc. hereby provide the following status report.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on April 12, 2021. There have been two extensions for a total of 48 days.

## RESPONSE TO THE COMPLAINT

On June 29, 2021, Defendant responded to Plaintiff's Complaint by filing a Motion to Dismiss.

## PENDING MOTIONS

There is a Motion to Dismiss pending.

## RELATED CASES IN THIS JUDICIAL DISTRICT

Pursuant to the Amended Standing Order Regarding Notice of Readiness for Patent Cases, there are three CRSR Related Cases.

- *Sonrai Memory Limited v. KIOXIA Corporation, et al.*, Case No. 6:21-cv-00400-ADA (filed in W.D. Tex. on April 23, 2021);

- *Sonrai Memory Limited v. Apple, Inc.*, Case No. 6:21-cv-00401-ADA (filed in W.D. Tex. on April 23, 2021); and

- *Sonrai Memory Limited v. Dell Technologies, Inc.*, Case No. 6:21-cv-00361-ADA (filed in W.D. Tex. on April 12, 2021) (the instant case).

There are also three additional cases in which a patent asserted in this case is likewise asserted:

- *Sonrai Memory Limited v. Google LLC*, Case No. 6:21-cv-00167-ADA (filed in W.D. Tex. on February 23, 2021);

- *Sonrai Memory Limited v. LG Electronics Inc., et al.*, Case No. 6:21-cv-00168-ADA (filed in W.D. Tex. on February 23, 2021); and

- *Sonrai Memory Limited v. Samsung Electronics Co., Ltd., et al.*, Case No. 6:21-cv-00169-ADA (filed in W.D. Tex. on February 23, 2021).

## IPR, CBM, AND OTHER PGR FILINGS

IPR2021-01354 concerning U.S. Patent No. 7,436,232 was filed on August 4, 2021 and was docketed on August 16, 2021. An Institution Decision is expected on or before mid-February 2022. A Final Written Decision is expected on or before mid-February 2023.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted 3 patents and a total of 20 claims. The asserted patents are U.S. Patent Nos. 6,724,241; 6,920,527; and 7,436,232. Plaintiff served its Preliminary Infringement Contentions on August 17, 2021.

## APPOINTMENT OF TECHNICAL ADVISER

The parties defer to the Court's preference with respect to a technical adviser and do not request a technical adviser at this time.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The parties have no pre-*Markman* issues

to raise at the CMC.


Dated:  August 25, 2021

By: */s/ John Guaragna*

John Guaragna (Bar No. 24043308)
**DLA PIPER LLP (US)**
303 Colorado, Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
john.guaragna@us.dlapiper.com

Mark D. Fowler (*Pro Hac Vice*)
Brent Yamashita (*Pro Hac Vice*)
Carrie Williamson  (*Pro Hac Vice*)
Christian Chessman *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
mark.fowler@us.dlapiper.com
brent.yamashita@us.dlapiper.com
carrie.williamson@us.dlapiper.com
christian.chessman@us.dlapiper.com

Patrick S. Park *(Pro Hac Vice)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone:  (310) 595-3000
Facsimile:  (310) 595-330
patrick.park@us.dlapiper.com

Peter Maggiore (Pro Hac Vice)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2700
peter.maggiore@us.dlapiper.com

Respectfully submitted,

By: */s/ Amy E. Hayden*

Reza Mirzaie (CA SBN 246953)
Marc A. Fenster (CA SBN 181067)
Brian D. Ledahl (CA SBN 186579)
James Milkey (CA SBN 281213)
Amy E. Hayden (CA SBN 287026)
Christian W. Conkle (CA SBN 306374)
Jonathan Ma (CA SBN 312773)
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991
Email:      rmirzaie@raklaw.com
            mfenster@raklaw.com
            bledahl@raklaw.com
            jmilkey@raklaw.com
            ahayden@raklaw.com
            cconkle@raklaw.com
            jma@raklaw.com

*Attorneys for Plaintiff*
**Sonrai Memory Limited**


3

Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone:  214.922.3443
Facsimile:  214.922.3843
Email:  mike.newton@alston.com
Email:  brady.cox@alston.com

Lauren N. Griffin (NC Bar No. 54766)
**ALSTON & BIRD LLP**
One South at The Plaza
101 S Tryon St, Suite 4000
Charlotte, NC 28280
Telephone:  704.444.1059
Facsimile:  704.444.1111
Email:  lauren.griffin@alston.com

*Attorneys for Defendant Dell Technologies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through CM/ECF on

August 25, 2021.

*/s/ Amy E. Hayden*
Amy E. Hayden
