# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.<br><br><br>    Defendants. | Case No. 6:21-cv-00400-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.<br><br>    Defendant. | Case No. 6:21-cv-01168-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br>    Defendants. | Case No. 6:21-cv-00169-ADA |

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 6:21-cv-00167-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC.,<br><br>    Defendants. | Case No. 6:21-cv-00168-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC.,<br><br>     Defendant. | Case No. 6:21-cv-00361-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 6:21-cv-401-ADA |

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>KINGSTON TECHNOLOGY COMPANY, INC. and KINGSTON TECHNOLOGY CORPORATION,<br><br>    Defendants. | Case No. 6:21-cv-01284-ADA |
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 6:21-cv-00991-ADA |

**NOTICE REGARDING AGREED EXTENSIONS OF TIME FOR BRIEFING RELATED TO DEFENDANTS' MOTIONS TO STAY PENDING FINAL RESOLUTION OF PLAINTIFF'S MANUFACTURER LAWSUITS**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated August 11, 2021, Plaintiff Sonrai Memory Limited provides notice that the parties agreed to (a) an extension of time for Sonrai to file its opposition to Defendants' Motions until January 20, 2022; and (b) an extension of time for Defendants to file their reply or replies in support of their Motions until February 2, 2022.

Dated: December 27, 2021					Respectfully submitted,

							*/s/ Amy E. Hayden*

							Reza Mirzaie (CA SBN 246953)
							rmirzaie@raklaw.com
							Marc A. Fenster (CA SBN 181067)
							mfenster@raklaw.com
							James A. Milkey (CA SBN 281283)
							jmilkey@raklaw.com
							Amy E. Hayden (CA SBN 287026)
							ahayden@raklaw.com
							Christian W. Conkle (CA SBN 306374)
							cconkle@raklaw.com
							Jonathan Ma (CA SBN 312773)
							jma@raklaw.com
							David T. Shakelford (CA SBN 318149)
							dshakelford@raklaw.com
							RUSS AUGUST & KABAT
							12424 Wilshire Blvd. 12th Floor
							Los Angeles, CA 90025
							Phone: (310) 826-7474

							**Attorneys for Plaintiff Sonrai Memory Limited**

# **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 27, 2021 with a copy of this document via the Court's ECF system.

*/s/ Amy E. Hayden*
Amy E. Hayden